**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lynn A. Watson,                                              Civil No. 08-2474 (RHK/JSM)

        Plaintiff,                                  **DISQUALIFICATION AND**
                                                           **ORDER FOR REASSIGNMENT**
vs.

Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,
Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 19, 2008

                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge